UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE WALLACE, | No. 2:16-cv-1522 KJN P |
| Petitioner, | |
| v. | <u>ORDER TO SHOW CAUSE</u> |
| C.E. DUCART, | |
| Respondent. | |

By an order filed July 18, 2016, petitioner was ordered to file an in forma pauperis affidavit or to pay the appropriate filing fee, within thirty days, or his application would be dismissed. On July 18, 2016, petitioner consented to proceed before the undersigned for all purposes. <u>See</u> 28 U.S.C. § 636(c).

Thirty days have now expired, and petitioner has not responded to the court's order, has not filed an in forma pauperis affidavit, and has not paid the appropriate filing fee. Accordingly, IT IS HEREBY ORDERED that petitioner shall show cause, within twenty-one days, why this action should not be dismissed without prejudice. Fed. R. Civ. P. 41(b).

Dated: August 23, 2016

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

wall1522.fpf

1